J. LOUIS WHITE, appellant,

*v.*

ANNA G. WHITE, respondent.

[Argued March 5th, 1915.   Decided June 14th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens.

*Messrs. Hunt & Anderson,* for the appellant.

*Messrs. Kalisch & Kalisch,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS —14.

*For reversal*—None.